UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARVIN EASTMAN SKENANDORE,

    Plaintiff,

v.                                                     Case No. 22-C-834

GREEN BAY POLICE DEPARTMENT and
LT. BUCHMANN,

    Defendants.

---

## ORDER

---

On March 9, 2023, Plaintiff filed a letter seeking to voluntarily dismiss his case. Dkt. No. 15. The court construes Plaintiff's letter as a motion to voluntarily dismiss his case pursuant to Federal Rule of Civil Procedure 41. The motion to voluntarily dismiss is **GRANTED**, and the case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(2).

**SO ORDERED** at Green Bay, Wisconsin this 14th day of March, 2023.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge